UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE McGEE RICHARDSON,<br><br>        Petitioner,<br><br>  v.<br><br>TIM VARGA,<br><br>        Respondent. | 1:12-cv-00203-AWI-BAM-HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Docs. 1, 7)<br><br>ORDER DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS AS A SUCCESSIVE PETITION (Doc. 1)<br><br>ORDER DECLINING TO ISSUE A CERTIFICATE OF APPEALABILITY<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 through 304.

    On February 27, 2012, the Magistrate Judge filed findings and recommendations to dismiss the petition as successive and to decline to issue a certificate of appealability.  The findings and recommendations were served on all parties on the same date. The findings and recommendations informed Petitioner that

1

objections were due within thirty days of service.  Petitioner filed timely objections on March 26, 2012.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. The undersigned has carefully reviewed the entire file and has considered the objections; the undersigned has determined there is no need to modify the findings and recommendations based on the points raised in the objections.  The Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly, it is ORDERED that:

1)  The findings and recommendations filed on February 27, 2012, are ADOPTED in full; and

2) The petition for writ of habeas corpus is DISMISSED as a successive petition; and

3) The Court DECLINES to issue a certificate of appealability; and

4) The Clerk is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   April 24, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE